IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREDERICK MUTUAL INSURANCE :
COMPANY : CIVIL ACTION NO. 2;26-cv-00216
 :
  Plaintiff : NOTICE OF DISMISSAL
 :
 v. :
 :
EF HERON COMPANY INC. :
 :
  Defendant :

### NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Plaintiff, Fredrick Mutual Insurance Company, by and through its undersigned counsel, Thomas, Thomas & Hafer, LLP, hereby files the within NOTICE OF DISMISSAL pursuant to F.R.C.P. 41 (a)(1)(A)(i).

      Respectfully submitted,

      **THOMAS, THOMAS & HAFER, LLP**

      /s/ *Gregory C. Kunkle*

      Gregory C. Kunkle, Ph.D., Esquire
      1550 Pond Rd., Suite 210
      Allentown, PA 18104
      610-332-7015
      gkunkle@tthlaw.com
      Attorney Identification No. 90005
      *Attorneys for Plaintiff,*
DATE: 3/11/2026   *Frederick Mutual Insurance Company*